

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00224-CV

| | | |
|---|---|---|
| Wanda Young, Tommie Young, Courtney Young, Ashley Young, and Justin Young | § | From the 431st District Court |
| | § | of Denton County |
| v. | § | (2011-70500-431) |
| | § | August 26, 2016 |
| Pulte Homes of Texas, L.P., Horizon Plumbing, Ltd., and Starn Air, Inc. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We reverse the trial court's judgment dismissing Wanda Young's and Tommie Young's claims and awarding attorney's fees to Starn Air, Inc. for the claims brought by Courtney Young, Ashley Young, and Justin Young and we remand Wanda Young's and Tommie Young's claims to the trial court.

It is further ordered that Appellees Pulte Homes of Texas, L.P., Horizon Plumbing, Ltd., and Starn Air, Inc. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
      Justice Lee Ann Dauphinot